IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 2:24-367 |
| | ) | |
| | ) | |
| v. | ) | MOTION TO CONTINUE SENTENCING |
| | ) | |
| | ) | |
| KATHERINE DUSKA | ) | |

The Defendant, through her undersigned attorney, hereby moves this Court for a continuance of the sentencing of her case, which is currently scheduled for April 9, 2025. The basis for this request is that she has been admitted to the hospital and it is unclear when she will be released or what her condition will be upon her release. The Defendant agrees that this period of delay is excludable under the provisions of Title 18 U.S.C. § 3161(h) of the Speedy Trial Act of 1979 and the ends of justice are served by granting this continuance.

Respectfully submitted,

*s/Ann Briks Walsh*
Ann Briks Walsh
Assistant Federal Public Defender
145 King Street, Suite 325
Charleston, SC 29401
(843) 727- 4148

April 2, 2025