IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 2:24-cr-00367-BHH |
| | ) |
| v. | ) |
| | ) |
| KATHERINE DUSKA | ) |
| f/k/a Katherine Casha | ) |

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant Katherine Duska, ("Duska", "Defendant"), based upon the following:

1. On May 14, 2024, an Indictment was filed charging the Defendant with three counts of wire fraud, in violation of 18 U.S.C. § 1343.

2. Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a forfeiture allegation providing that upon the Defendant's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified therein, such assets include, but are not limited to the following:

<u>CashProceeds/ Forfeiture Judgment[1]</u>:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Indictment, that is, a minimum of $265,190.00 and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to her violation of 18 U.S.C. § 1343.

3. On December 16, 2024, Duska pled guilty to three counts of wire fraud.

4. Based upon Defendant's conviction, the court has determined that the property described above is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A), and 28 U.S.C. § 2461(c).

5. The court has determined that the government has established the requisite nexus between the said property subject to forfeiture and the offenses for which the Defendant has been convicted; therefore, the United States is entitled to a preliminary order of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights.

Accordingly, it is hereby **ORDERED,**

1. The below-described property, and all rights, title, and interest of the Defendant, Katherine Duska, in and to such property, is hereby forfeited to the United States of America for disposition in accordance with law, subject to the rights of third parties in such property under 21 U.S.C. § 853(n).

2. FORFEITURE IS ORDERED against Katherine Duska and in favor of the United States for $191,108.34 in United States currency. The United States may at any time move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute

---

[1] The government is pursuing a forfeiture judgment in the amount of $191,108.34, which is the remaining loss amount owed to the victim.

property to satisfy the forfeiture judgment.

3. The United States may sell or otherwise dispose of any substitute assets in accordance with law as required to satisfy the above imposed forfeiture judgment.

4. Upon entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or other substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3), and to commence proceedings that comply with statutes governing third party rights, if applicable.

5. The government is not required to publish notice regarding the personal forfeiture judgment against Defendant; however, the Order shall be recorded in the records of the County Clerk's Office in the County of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

6. The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary pursuant to Fed. R. CRim. P. 32.2(e).

7. Upon entry of the criminal judgment, this Order becomes final as to Defendant and shall be made a part of her sentence and included in the criminal judgment.

8. The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

          s/ Bruce Howe Hendricks
_____
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

_April 3_____, 2025
Charleston, South Carolina